**Order entered March 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00853-CR

**DERWIN DWIGHT MOORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-26009-N**

## ORDER

The Court **ORDERS** court reporter Debi Harris to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 15, a CD, and State's Exhibit no. 27, a DVD.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to Debi Harris, Deputy Official Court Reporter, 195th Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS
           JUSTICE